**STORM PRODUCTS, Plaintiff–Appellee,**

v.

**EBONITE INTERNATIONAL, INC., and Ebonite Holdings, Inc., Defendants–Appellants.**

**No. 2009–1507.**

United States Court of Appeals, Federal Circuit.

May 7, 2010.

H. Dickson Burton, TraskBritt, P.C., of Salt Lake City, UT, argued for plaintiff-appellee. With him on the brief were Krista Weber Powell and J. Jeffrey Gunn.

Mark Vorder–Bruegge, Jr., Wyatt, Tarrant & Combs, LLP, of Memphis, TN, argued for defendants-appellants. With him on the brief was Matthew A. Williams, of Louisville, Kentuckey.

RADER, GAJARSA, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.